IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ERIC EVANS and REGINALD BARNER, | § § § | |
| Plaintiffs, | § § | |
| vs. | § | CIVIL ACTION NO. H-96-3252 |
| WALLER COUNTY, TEXAS SHERIFF'S DEPARTMENT, et al., | § § § § | |
| Defendants. | § | |

## FINAL JUDGMENT

On March 2, 1997, the parties consented to proceed before a United States magistrate judge, pursuant to 28 U.S.C. § 636(c), for all further proceedings, including trial and entry of final judgment. (Docket Entry #19). Counsel advised the court that an amicable settlement had been reached, and on April 29, 1998, the court entered an order, dismissing the matter without prejudice to the right of any party to move for reinstatement within 90 days. (Docket Entry #60). On July 1, 1998, the parties filed a joint stipulation of dismissal with prejudice. It is, therefore,

ORDERED that this matter is DISMISSED with prejudice. Each party is to bear its own costs.

THIS IS A FINAL JUDGMENT.

The Clerk shall file this Final Judgment and provide a true copy to all counsel of record.

SIGNED at Houston, Texas, this __2nd__ day of July, 1998.

_____
MARY MILLOY
UNITED STATES MAGISTRATE JUDGE